IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14cr516-MHT |
| | ) | (WO) |
| BOBBY WARREN CHENEY | ) | |

**FINAL ORDER OF FORFEITURE**

**WHEREAS**, on January 12, 2015, this Court entered a Preliminary Order of Forfeiture (doc. no. 23) ordering defendant Bobby Warren Cheney to forfeit his interest in the following property**:** a Seagate 40GB HDD, bearing serial number 6FB161WB; 4 CDs and 7 floppy disks.

**WHEREAS**, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant. The government gave defendant notice in the Indictment (doc. no. 1) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 2251A(a)(2) and 2251A(a)(5)(B).  Further, defendant consented to the forfeiture of the property in his plea agreement (doc. no. 18, p. 6).

**WHEREAS**, the Court finds that defendant Bobby Warren Cheney has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253, and that the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 2251A(a)(2) and 2251A(a)(5)(B).

**IT IS HEREBY ORDERED** that the United States' Motion for a Final Order of Forfeiture (doc. no. 42) is **GRANTED** as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253: a Seagate 40GB HDD, bearing serial number 6FB161WB; 4 CDs and 7 floppy disks.

2. All right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

DONE, this the 23rd day of April, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE