IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr516-MHT |
| | ) | (WO) |
| BOBBY WARREN CHENEY | ) | |

### ORDER

It is hereby ORDERED that defendant Bobby Warren Cheney's motion for reduction of sentence (doc. no. 44) is denied. The court does not have legal authority to reduce the sentence under the circumstances of this case.

DONE, this the 21st day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**